IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GABLE HALL,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.   13-cv-385-jdp

DAVID MELBY,

    Defendant.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant David Melby granting his motion for summary judgment and dismissing this case.

| /s/ | 1/7/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |